604

364 A.2d 939

Commonwealth v. Williams, Appellant.

Submitted November 17, 1975. John R. Cook, Trial Defender, and Ralph J. Cappy, Public Defender, for appellant; Robert L. Campbell, Assistant District Attorney, and John J. Hickton, District Attorney, for Commonwealth, appellee.

Order affirmed.

371 A.2d 244

Commonwealth v. Williams, Appellant.

Submitted June 14, 1976. Gary A. Delafield, Assistant Public Defender, for appellant; Charles C. Brown, Jr., District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.